FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS ANDRE PEREZ, a single person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, SPOKANE COUNTY, THE CITY OF AIRWAY HEIGHTS, WASHINGTON STATE DEPARTMENT OF CORRECTIOS, AIRWAY HEIGHTS CORRECTIONS CENTER, SUPERINTENDENT JAMES R. KEY, and CORRECTIONS OFFICER ANDREA PORTER,<br><br>Defendants. | No. 2:24-cv-00022-MKD<br><br>ORDER GRANTING STIPULATED MOTIONS TO DISMISS<br><br>**ECF Nos. 8, 9** |

Before the Court are two Stipulated Motions to Dismiss. ECF Nos. 8, 9. A plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants City of Airway Heights and Spokane County have stipulated that all claims against Defendants City of Airway Heights and Spokane County should be dismissed with prejudice and without costs. *Id.*

ORDER GRANTING STIPULATED MOTIONS TO DISMISS - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 4(a)(1)(A)(ii) and the parties' stipulated motions, **ECF Nos. 8**, **9**, are **GRANTED**.  All claims against Defendants City of Airway Heights and Spokane County are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

DATED February 12, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTIONS TO DISMISS - 2