AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 18, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LUIS ANDRE PEREZ<br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, AIRWAY HEIGHTS CORRECTIONS CENTER, JAMES KEY, and ANDREA PORTER,<br>*Defendant* | Civil Action No. 2:24-CV-00022-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The State Defendants Motion for Judgment on the Pleadings, ECF No. 36, is GRANTED. Plaintiff's claims against the State Defendants are DISMISSED, with prejudice. Judgment in favor of the State Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE

Date:   6/18/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham