# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

LUIS ANDRE PEREZ, a single person,
Plaintiff,
-vs-
ANDREA PORTER, Corrections Officer,
Defendant.

**Case No. 2:24-CV-00022-MKD**

**CIVIL MINUTES**

**DATE: NOVEMBER 23, 2026**
**LOCATION: SPOKANE VIA VIDEO CONFERENCE**

**PRETRIAL CONFERENCE**

| | **Honorable Mary K. Dimke** | |
|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Crystal Gonzalez<br>**Court Reporter** |

| | |
|---|---|
| Douglas Phelps<br>**Plaintiff's Counsel** | Troy Nelson<br>**Defendant's Counsel** |

**[X] Open Court** **[ ] Chambers** **[ ] Video conference**

The Court inquired with Mr. Phelps as to why he is not available in person for this pretrial conference, which was previously scheduled for three hours, despite him informing the Court during the last hearing that he would be available in person to deal with all objections and pretrial matters.

Mr. Phelps indicated the matter in which he is in trial in Franklin County was continued to this date over his objection, even though he believes he informed the judge of his federal court hearing conflict.

The Court engaged Mr. Phelps in a colloquy regarding his availability for a pretrial conference and the trial.

The Court inquired whether counsel are available to begin trial on December 10, 2026, to which counsel indicated they are available.

Counsel confirmed they are available for a Pretrial Conference on Wednesday, November 25, from 1:00 – 3:00 pm in Richland. Mr. Nelson may appear by video conference. Mr. Phelps must appear in person.

The following dates were confirmed by the Court and counsel:

- Pretrial Conference: **11/25/2026 at 1:00 pm in Richland**
- Jury Trial: **12/10/2026 at 8:30 am in Spokane (trials days will be Dec. 10-17)**

The Court advised Mr. Phelps that at the pretrial conference he must be prepared to address any deficiencies in his Rule 16 expert disclosures.

Counsel confirmed that Mr. Perez's deposition has been completed and transcribed. The Court ordered counsel to provide a copy of the transcript after this hearing, which Mr. Nelson indicated he will do. Any requests for redactions and any objections to the deposition will be addressed during the pretrial conference.

## [X] ORDER FORTHCOMING

| | | | |
|---|---|---|---|
| **CONVENED: 12:01 P.M.** | **ADJOURNED: 12:22 P.M.** | **TIME: :21 HR.** | **CALENDARED [ X ]** |